## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **USA** | § | |
| | § | |
| **vs.** | § | **Case Number:  EP:25-CR-03108(1)-DCG** |
| | § | |
| | § | |
| **(1) Andrew Serrano** | § | |

### ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 2:00 PM, in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on June 25, 2026.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 9th day of April, 2026

_____
**DAVID C GUADERRAMA**
**SENIOR UNITED STATES DISTRICT**
**JUDGE**